BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 2:10-cr-00327 TLN |
| Plaintiff, ) | |
| ) | ORDER DISMISSING INDICTMENT |
| v. ) | AS TO LAILA BHAMANI ONLY |
| ) | |
| AKBAR BHAMANI, ET AL., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based on the the government's motion to dismiss the indictment against Laila Bhamani,

IT IS HEREBY ORDERED that the above-captioned indictment be and hereby is dismissed as to Laila Bhamani only.

DATED:   October 1, 2013

_____
Troy L. Nunley
United States District Judge

1